ALBANY,
August, 1814.

CRANE
v.
COMSTOCK.

---

## CRANE *against* COMSTOCK.

In an action of trespass *quare clausum fregit*, unless the plaintiff recover above the sum of fifty dollars, or unless the freehold or title to the land comes in question, the plaintiff cannot recover costs, but must pay costs to the defendant. The newly revised act concerning costs (1 N. R. L. 343) does not authorize a certificate of the judge, before whom the cause was tried, that the trespass was wilful and malicious, so as to entitle the plaintiff to costs.

THIS was an action of trespass *quare clausum fregit*. The jury found a verdict for the plaintiff, for *forty* dollars, damages, and the judge, before whom the cause was tried, certified the trespass to have been wilful and malicious. The question was, whether the plaintiff was entitled to recover costs, or must pay costs to the defendant.

*Per Curiam.* The act concerning costs, as it now stands, (1 *N. R. L.* 343. sess. 36. c. 56.) does not authorize a *certificate* that the trespass was *wilful and malicious.(a)* The plaintiff, to entitle himself to costs, must recover above the sum of fifty dollars, unless the freehold, or title to the land, comes in question. The recovery, therefore, being under *fifty* dollars, the defendant is entitled to costs.

(a) The eighth section of the former act, (sess. 24. c. 170.) is omitted in the revised act.